IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DUANE MAHONE and ADAM MOBLEY | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: |
| | ) | |
| v. | ) | PH |
| | ) | COMPLAINT FOR VIOLATION |
| P.O. MARTIN, P.O. O'NEAL, individually, | ) | OF CIVIL RIGHTS and STATE |
| and THE VILLAGE OF BELLWOOD | ) | SUPPLEMENTAL CLAIMS |
| | ) | |
| Defendants. | ) | |
| | ) | **JURY DEMANDED** |

**FILED
DECEMBER 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 7213

JUDGE HART
MAGISTRATE JUDGE VALDEZ**

## COMPLAINT

### JURISDICTION AND VENUE

1. This action arises under the United States Constitution and the Civil Rights Act of 1871 [42 U.S.C. Section 1983]. This court has jurisdiction under and by virtue of 28 U.S.C. Sections 1343, 1331, and 1367.

2. Venue is founded in this judicial court upon 28 U.S.C. Section 1391 as the acts complained of arose in this district.

### PARTIES

3. At all times herein mentioned, Plaintiffs Duane Mahone ("Mahone") and Adam Mobley ("Mobley") were and now are citizens of the United States, and reside within the jurisdiction of this Court.

4. At all times herein mentioned, Defendant Bellwood Police Officer Martin ("Martin") was employed by the Bellwood Police Department and was acting under color of state law and as the employee, agent, or representative of the Bellwood Police Department. This

1

Defendant is being sued in his individual/personal capacity.

5. At all times herein mentioned, Defendant Bellwood Police Officer O'Neal ("O'Neal") was employed by the Bellwood Police Department and was acting under color of state law and as the employee, agent, or representative of the Bellwood Police Department. This Defendant is being sued in his individual/personal capacity.

6. At all times herein mentioned, the Village of Bellwood was a political division of the State of Illinois, existing as such under the laws of the State of Illinois. At all relevant times, the Village of Bellwood maintained, managed, and/or operated the Bellwood Police Department.

## FACTUAL ALLEGATIONS

7. On or about July 15, 2007, Plaintiffs were standing in front of Mobley's parents' residence on the 4000 block of Jackson Street, Bellwood, IL.

8. At that place and date, Defendants, arrived to Plaintiff's location.

9. Defendants then forced Plaintiffs to the street and proceeded to handcuff, detain, and search Plaintiffs.

10. Plaintiffs were subjected to the excessive use of force.

11. There was no probable or other legal cause to stop, detain, search, or arrest the Plaintiffs.

12. Plaintiffs in no way consented to this treatment.

13. Defendants then left the scene with Plaintiffs' licenses.

14. By reason of the above-described acts and omissions of Defendants, Plaintiffs sustained injuries including, but not limited to, humiliation and indignities, and suffered great physical, mental, and emotional pain and suffering all to their damage in an amount to be ascertained.

15. The aforementioned acts of Defendants were willful, wanton, malicious, oppressive and done with reckless indifference to and/or callous disregard for Plaintiffs' rights and justify the awarding of exemplary and punitive damages in an amount to be ascertained according to proof at the time of trial.

16. By reason of the above-described acts and omissions of Defendants, Plaintiffs were required to retain an attorney to institute, prosecute, and render legal assistance to him in the within action so that he might vindicate the loss and impairment of his rights. By reason thereof, Plaintiff requests payment by Defendants, and each of them, of a reasonable sum for attorney's fees pursuant to 42 U.S.C. Section 1988, the Equal Access to Justice Act or any other provision set by law.

## COUNT I

### Plaintiff Against Individual Defendants for Excessive Force

17. Plaintiffs hereby incorporate and reallege Paragraphs one (1) through sixteen (16) hereat as though fully set forth at this place.

18. By reason of Defendants' conduct, Plaintiffs were deprived of rights, privileges and immunities secured to them by the Fourth Amendment to the Constitution of the United States and laws enacted thereunder.

19. The violence inflicted upon Plaintiffs was unnecessary and unreasonable and was therefore in violation of Plaintiffs' Fourth Amendment Rights. Specifically, all of the force described above was without legal cause and constituted unnecessary and unreasonable excessive force. Therefore, Defendants are liable to Plaintiff pursuant to 42 U.S.C. § 1983.

## COUNT II

### Plaintiff Against Individual Defendants for An Unlawful Detention and False Arrest

20. Plaintiffs hereby incorporate and reallege Paragraphs one (1) through sixteen (16) hereat as though fully set forth at this place.

21. By reason of Defendants' conduct, Plaintiffs were deprived of rights, privileges, and immunities secured to them by the Fourth Amendment to the Constitution of the United States and laws enacted thereunder.

22. The detention and arrest of Plaintiff as alleged above was caused by Defendants and was done without probable cause and was unreasonable. Therefore, Defendants are liable for this detention and arrest under 42 U.S.C. § 1983.

## COUNT III

### Plaintiffs Against Individual Defendants for Unreasonable Search

23. Plaintiffs hereby incorporate and reallege Paragraphs one (1) through sixteen (16) hereat as though fully set forth at this place.

24. By reason of Defendants' conduct, Plaintiffs were deprived of rights, privileges and immunities secured to them by the Fourth and/or Fourteenth Amendment to the Constitution of the United States and laws enacted thereunder.

25. Defendants unlawfully searched Plaintiffs without Plaintiffs' consent, unreasonably, and without legal cause. Therefore, Defendants are liable for an unlawful search under 42 U.S.C. § 1983.

## COUNT IV

**Plaintiffs Against Defendants Martin and O'Neal and the Village of Bellwood for the Supplemental State Claims of False Arrest and Battery**

26. Plaintiff hereby incorporates and re-alleges paragraphs one (1) through sixteen (16) hereat as though fully alleged at this place.

27. Defendants caused the unlawful arrests and detentions and unreasonable and unnecessary violence to be inflicted upon Plaintiffs without legal cause.

28. The Village of Elwood is liable to Plaintiffs for the acts of the Individual Defedants Martin and O'Neal pursuant to the doctrine of *respondeat superior*

29. Therefore, Defendants and each of them are liable under the supplemental state claim of battery.

WHEREFORE, the plaintiffs Duane Mahoney and Adam Mobley by and through their attorneys, Ed Fox & Associates, requests judgment as follows against the defendants, and each of them on all claims:

1. That Defendants be required to pay Plaintiff general damages, including emotional distress, in a sum to be ascertained;

2. That Defendants be required to pay Plaintiff special damages;

3. That Defendants be required to pay Plaintiff attorney's fees pursuant to Section1988 of Title 42 of the United States Code, the Equal Access to Justice Act or any other applicable provision;

4. That the individual Defendants be required to pay Plaintiff punitive and

exemplary damages in a sum to be ascertained;

    5.    That Defendants be required to pay Plaintiff costs of the suit herein incurred; and

    6.    That Plaintiff has such other and further relief as this Court may deem just and proper.

                                                               s/<u>Edward M. Fox</u>  
                                                              Edward M. Fox  
                                                              ED FOX & ASSOCIATES  
                                                              Attorneys for Plaintiff  
                                                              300 W. Adams  
                                                              Suite 330  
                                                              Chicago, Illinois 60606  
                                                              (312) 345-8877

**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

                                                             s/<u>Edward M. Fox</u>  
                                                             Edward M. Fox  
                                                             ED FOX & ASSOCIATES  
                                                             Attorneys for Plaintiff  
                                                             300 W. Adams  
                                                             Suite 330  
                                                             Chicago, Illinois 60606  
                                                             (312) 345-8877