## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Duane Mahone, et al.

                        Plaintiff,

v.                                                                    Case No.: 1:07–cv–07213
                                                                      Honorable William T. Hart

P.O. Martin, et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, February 14, 2008:

      MINUTE entry before Judge William T. Hart : Status hearing set for 3/26/2008 at 11:00 AM.Mailed notice(clw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.