U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 07 C 7213
DUANE MAHONE and ADAM MOBLEY,
v.
POLICE OFFICERS MARTIN and O'NEAL,
Individually, and THE VILLAGE OF BELLWOOD

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

POLICE OFFICERS MARTIN and O'NEAL, Individually, and THE VILLAGE OF BELLWOOD

| NAME (Type or print) |
|---|
| Michael P. Latz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michael P. Latz |
| FIRM |
| BOLLINGER, RUBERRY & GARVEY |
| STREET ADDRESS |
| 500 W. MADISON STREET - SUITE 2300 - CITICORP CENTER |
| CITY/STATE/ZIP |
| CHICAGO, ILLINOIS  60661-2593 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6201519 | (312)466-8000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐