IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DUANE MAHONE and ADAM MOBLEY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> P.O. MARTIN, P.O. O'NEAL, individually ) <br> and THE VILLAGE OF BELLWOOD, ) <br> ) <br> Defendants ) | Court No:   07 C 7213 |

### NOTICE OF FILING

TO:   Edward M. Fox
Ed Fox & Associates
300 W. Adams – Suite 330
Chicago, IL  60606

PLEASE TAKE NOTICE that on April 9, 2008, we filed with the United States District Court, Northern District of Illinois, **Defendant Village of Bellwood's Answer to Plaintiff's Complaint,** a copy of which is attached hereto and served upon you.

Michael P. Latz
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street, Suite 2300
Chicago, Illinois  60661
Telephone:  (312) 466-8000
Facsimile:   (312) 466-8001

BOLLINGER, RUBERY & GARVEY

By: _____
Attorney for Defendants

### PROOF OF SERVICE

I, the undersigned, a non-attorney, under 735 ILCS 5/1-109, by penalty of perjury swear under oath and state that I served this notice by mailing a copy to the above attorneys at their addresses listed above, on this 9th day of April, 2008.

_____
Lorene A. Scalzitti

Michael P. Latz
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street, Suite 2300
Chicago, Illinois  60661
Tel:    (312) 466-8000
Firm No:    6201519