IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DUANE MAHONE and ADAM MOBLEY, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Court No: 07 C 7213 |
| POLICE OFFICER MARTIN, POLICE OFFICER O'NEAL and THE VILLAGE OF BELLWOOD, a Municipal Corporation, | ) ) ) ) | Judge Hart |
| Defendants. | ) ) | |

**DEFENDANTS' MOTION FOR SUBSTITUTION OF ATTORNEYS**

NOW COME Defendants, POLICE OFFICER MARTIN, POLICE OFFICER O'NEAL and THE VILLAGE OF BELLWOOD, a Municipal Corporation, by and through their attorneys, MICHAEL P. LATZ of the law firm of ANCEL, GLINK, DIAMOND, BUSH, DiCIANNI & KRAFTHEFER, P.C., and moves this Court for entry of an order granting it leave to substitute in as attorneys for defendants POLICE OFFICER MARTIN, POLICE OFFICER O'NEAL and the VILLAGE OF BELLWOOD, a Municipal Corporation. A copy of the proposed Substitution of Attorneys is attached hereto as Exhibit A.

Respectfully submitted,

By: s:/ Michael P. Latz
One of the Attorneys for Defendants

Michael P. Latz
ANCEL, GLINK, DIAMOND, BUSH,
  DiCIANNI & KRAFTHEFER, P.C.
140 South Dearborn, Suite 600
Chicago, Illinois 60603
(312) 782-7606; (312) 782-0943 (facsimile)
#6201519

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DUANE MAHONE and ADAM MOBLEY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> POLICE OFFICER MARTIN, POLICE ) <br> OFFICER O'NEAL and THE VILLAGE OF ) <br> BELLWOOD, a Municipal Corporation, ) <br> ) <br> Defendants. ) | Court No:    07 C 7213 <br><br> Judge Hart |

### SUBSTITUTION OF ATTORNEYS

The law firm of BOLLINGER, RUBERRY & GARVEY, hereby withdraws its Appearances as counsel for defendants POLICE OFFICER MARTIN, POLICE OFFICER O'NEAL and the VILLAGE OF BELLWOOD, a Municipal Corporation.

s:/ George J. Manos
George J. Manos
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street, Suite 2300
Chicago, Illinois 60661-2593

I, MICHAEL P. LATZ, and the law firm of ANCEL, GLINK, DIAMOND, BUSH, DICIANNI & KRAFTHEFER, P.C., hereby enter my Appearance as counsel for defendants POLICE OFFICER MARTIN, POLICE OFFICER O'NEAL and THE VILLAGE OF BELLWOOD, a Municipal Corporation.

s:/ Michael P. Latz
Michael P. Latz
ANCEL, GLINK, DIAMOND, BUSH,
DiCIANNI & KRAFTHEFER, P.C.
140 South Dearborn, Suite 600
Chicago, Illinois 60603