IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| DUANE MAHONE and ADAM MOBLEY,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>POLICE OFFICER MARTIN, POLICE  )<br>OFFICER O'NEAL and THE VILLAGE OF  )<br>BELLWOOD, a Municipal Corporation,  )<br>)<br>Defendants.  ) | Court No:  07 C 7213<br><br>Judge Hart |

## NOTICE OF MOTION

To:  Edward M. Fox
     Leslie C. McCoy
     Ed Fox & Associates
     300 West Adams Street - Suite 330
     Chicago, IL 60606

ON July 2, 2008, at the hour of 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable William T. Hart in Room 2243 in the United States District Court for the Northern District of Illinois; 219 South Dearborn; Chicago, Illinois, and present **DEFENDANTS' MOTION FOR SUBSTITUTION OF ATTORNEYS,** hereto attached and served upon you.

By:  s:/ Michael P. Latz
     One of the Attorneys for Defendants

Michael P. Latz
ANCEL, GLINK, DIAMOND, BUSH,
     DiCIANNI & KRAFTHEFER, P.C.
140 South Dearborn, Suite 600
Chicago, Illinois 60603
(312) 782-7606; (312) 782-0943 (facsimile)
#6201519

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on June 24, 2008, the foregoing Notice of Motion was electronically filed with the Clerk of the United States District Court using the CM/ECF system, which will send notice of such filing to:

**Edward M. Fox**
Ed Fox & Associates
300 West Adams Street - Suite 330
Chicago, IL 60606
Email: efox@efox-law.com

**Leslie C. McCoy**
Ed Fox & Associates
300 West Adams Street -Suite 330
Chicago, IL 60606
Email: lmccoy@efox-law.com

s:/ Michael P. Latz
Michael P. Latz
ANCEL, GLINK, DIAMOND, BUSH,
DiCIANNI & KRAFTHEFER, P.C.
140 South Dearborn, Suite 600
Chicago, Illinois 60603