**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Duane Mahone, et al.
                Plaintiff,

v.                                        Case No.: 1:07–cv–07213
                                                                 Honorable William T. Hart

P.O. Martin, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

       MINUTE entry before the Honorable William T. Hart:Motion hearing held. Defendants' motion to substitute reflecting that defendants' counsel Michael P. Latz is no longer with the law firm of Bollinger, Ruberry & Gravey as he is now with the firm of Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C. 19 is granted.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.